Cite as 2021 Ark. 65

# SUPREME COURT OF ARKANSAS

IN RE AMENDED ADMINISTRATIVE
PLANS FOR THE THIRD JUDICIAL
CIRCUIT AND THE FOURTEENTH
JUDICIAL CIRCUIT

Opinion Delivered March 18, 2021

**PER CURIAM**

Administrative Order No. 14 requires an administrative plan to facilitate the best use of the available judicial and support resources within each circuit so that cases will be resolved in an efficient and prompt manner. Pursuant to Administrative Order No. 14, amended administrative plans have been submitted by the Third Judicial Circuit and the Fourteenth Judicial Circuit. The amended administrative plans for these circuits have been approved as submitted. Both of these amended administrative plans are effective as of January 1, 2021.